1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GEORGE O'CONNOR,                      Case No. 2:25-cv-00943-DC-CSK

12                  Plaintiff,              ORDER DENYING PLAINTIFF'S EX
                                            PARTE APPLICATION FOR E-FILING
13           v.                             PRIVILEGES

14    ONE UNNAMED AGENT OF THE              (ECF No. 2.)
      FEDERAL BUREAU OF
15    INVESTIGATION, et al.,

16                  Defendants.

17

18           Plaintiff George O'Connor is proceeding without the assistance of counsel in this

19    action.[1] Presently before the Court is Plaintiff's ex parte application for permission to e-

20    file documents filed on March 26, 2025. (ECF No. 2.) Plaintiff requests an order

21    exempting him from the requirements of Local Rule 133(b)(2) because he regularly

22    travels between his properties in California, Florida, and Alabama; is familiar with the e-

23    filing system; and such an order would promote judicial economy and convenience for

24    Plaintiff. (ECF No. 2 at 2.) No opposition has been filed.

25           The Local Rules are clear that "any person appearing pro se may not utilize

26    electronic filing except with the permission of the assigned Judge or Magistrate Judge."

27    _____

28    [1]  This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R.
      Civ. P. 72, and Local Rule 302(c)(21).

                                               1

1  *See* E.D. Cal. Local Rule 133(b)(2). Local Rule 133(b)(3) also provides, in relevant part,

2  that requests to use electronic filing as an exception from the Local Rules shall be

3  submitted as stipulations as provided by Local Rule 143 or, if a stipulation cannot be

4  had, as written motions setting out an explanation of reasons for the exception.

5       Plaintiff submitted his request as an ex parte application, not as a stipulation or

6  motion. In addition, Plaintiff's ex parte application does not provide good cause for

7  deviance from Local Rule 133. Thus, Plaintiff's ex parte application for e-filing privileges

8  is denied. Plaintiff will continue to file paper documents with the Court through

9  conventional means.

10                                  **<u>ORDER</u>**

11      Accordingly, the Court ORDERS that Plaintiff's ex parte application for e-filing

12  privileges (ECF No. 2) is DENIED.

13

14  Dated:  May 5, 2025

15                                                    _____
                                                       CHI SOO KIM
16                                                     UNITED STATES MAGISTRATE JUDGE

17

18  4, ocon0943.25

19

20

21

22

23

24

25

26

27

28

2