UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**GEORGE O'CONNOR,**
    Plaintiff,

v.

**UNNAMED AGENT OF THE FEDERAL BUREAU OF INVESTIGATION WITH THE MONIKER "CHARLIE",** *et al.*,
    Defendants.

Case No. 5:25-cv-794-CLM

## MEMORANDUM OPINION

The pro se plaintiff purportedly named "George O'Connor" sues numerous defendants, generally alleging that the Defendants conspired against him and violated his constitutional rights. (*See* Doc. 1). Nearly all of the Defendants move dismiss O'Connor's claims. Having reviewed the motions and documents in this case, the court rules as follows:

- The court **GRANTS** Defendants Bryan Hilton and Kay Ivey's motion to dismiss, (doc. 16), because the court dismissed all claims against Hilton and Ivey, (doc. 45), pursuant to the joint stipulation of dismissal, (doc. 43), between O'Connor and these Defendants.
- The court **GRANTS** Defendants County of Jackson, Alabama, Jackson County Sheriff's Department, Jeffrey McLaughlin, Timothy Wells, Kathy Wells, The Peoples Independent Bank, Melodi Johnson, and Winifred N. Watson's, motions to dismiss, (docs. 11, 18, 19, 20, 35, 48, 50, 52, 53).

In addition to the reasons asserted by Defendants in their motions to dismiss, O'Connor's complaint is due to be dismissed for another reason: "George O'Connor" isn't a real person. At least not anymore. The real George O'Connor died several years ago. Stuart Jefferey Sandrock used the identity of deceased Mr. O'Connor to file this lawsuit. (*See* doc. 55).

In the time since the complaint was filed, Sandrock was arrested for identity theft, among other charges, for assuming the name and identity of Mr. O'Connor.[1] Federal Rule of Civil Procedure 10 requires a plaintiff to use his real name. Sandrock's complaint, filed under the assumed name and identity of George O'Connor, obviously fails to meet Rule 10's requirements. So the complaint is also due to be dismissed on that ground.

The court will enter an order consistent with this memorandum opinion that **DISMISSES** the complaint **WITHOUT PREJUDICE.**

The court **DIRECTS** the Clerk of Court to mail this order to "George O'Connor" (aka Stuart Jefferey Sandrock), Timothy Wells, Kathy Wells, and Jeffrey McLaughlin's addresses of record.

**DONE** and **ORDERED** on February 20, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

---

[1] *Investigators Arrest Man Using Identity of Deceased Man for Firearms and Identity Theft Charges*, Jackson County Sheriff's Office (June 18, 2025), https://www.jacksoncountysheriffal.org/press-releases/investigators-arrest-man-using-identity-of-deceased-man-for-firearms-and-identity-theft-charges.